UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RANDY L. MCKELLER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:11CV737JCH |
| ) | |
| MICHAEL BOWERSOX, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

This matter is before the Court on Petitioner's Motion for Extension of Time to File Reply to Respondent's Response to Order to Show Cause (ECF No. 15). Petitioner requests an additional ninety (90) days to file his reply. The Court will grant Petitioner an additional sixty (60) days to file his reply.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion for Extension of Time to File Reply to Respondent's Response to Order to Show Cause (ECF No. 15) is **GRANTED**, in part. Petitioner is granted until December 6, 2011, to file his reply memorandum.

Dated this  6th  day of October, 2011.

/s/Jean C. Hamilton

UNITED STATES DISTRICT JUDGE